Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARLON ROMERO,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **FIDELITY FIRST REAL ESTATE AND MORTGAGE INC. DBA FIDELITY FIRST FUNDING**, and DOES 1 through 10, inclusive, and each of them, <br><br> Defendants. | Case No.  5:21-cv-01233-JWH-KK <br><br> **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.  No Court Order is necessary pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted this 17th Day of November, 2021,

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs

By: s/ Seth Wiener, Esq.
SETH WIENER
Attorneys for Defendant

Filed electronically on this 17th Day of November, 2021, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable John W. Holcomb
United States District Court
Central District of California

And all counsel registered on ECF.

This 17th Day of November, 2021.

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN